ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
William M. Woolman                State Bar No. 145124
5260 North Palm Avenue, Suite 300
Fresno, CA 93704-2215
Telephone: (559) 225-6700
Facsimile: (559) 225-3416

Attorneys for Defendants DAVID SIMPSON, an individual; JASON CHRISCO, an individual; CLAYTON LOGOMASINI, an individual; GLOBAL COALITION SERVICES, INC., a Missouri corporation; NAVISS, LLC, a Missouri limited liability company.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY GILL,<br><br>   Plaintiff,<br><br>vs.<br><br>DAVID SIMPSON, an individual; JASON CHRISCO, an individual; CLAYTON LOGOMASINI, an individual; GLOBAL COALITION SERVICES, INC., a Missouri limited liability company, doing business as NAVISS DIRECT; and DOES 1 through 80 inclusive,<br><br>   Defendant. | CASE NO.: 1:12-CV-01011-AWI-GSA<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE AND MOTION HEARING DATE** |

Good cause having been shown, and the parties having stipulated thereto,

  IT IS HEREBY ORDERED THAT:

  a.  The hearing date on Defendants' Motion Under 12(b) To Dismiss, Or In The Alternative To Transfer Venue Under 28 USC Section 1404 is continued from August 20, 2012

to August 27, 2012 at 1:30 p.m. in Courtroom 2 of the above entitled Court located at 2500 Tulare Street, Fresno, California, 93721

  b. The Scheduling Conference currently set for August 30, 2012 is continued to October 30, 2012 at 10:00 a.m. in Courtroom 10 at the United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, before U.S. Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated: July 31, 2012      _____
                CHIEF UNITED STATES DISTRICT JUDGE