IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY GILL,<br><br>         **Plaintiff**,<br><br>    v.<br><br>DAVID SIMPSON, JASON CHRISCO, CLAYTON LOGOMASINI, GLOBAL SERVICES, INC., a Missouri corporation, NARVISS, LLC, a Missouri limited liability company d/b/a Naviss Direct, and DOES 1 through 80, inclusive,<br><br>         **Defendants.** | 1:12-CV-1011  AWI GSA<br><br>ORDER VACATING AUGUST 27, 2012 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    The Defendants have filed a Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction and a 28 U.S.C. § 1404 motion to transfer.  Hearing on the motions is currently set for August 27, 2012.  The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 27, 2012, is VACATED, and the parties shall not appear at that time.  As of August 27, 2012, the Court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 23, 2012                                            _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE