ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
William M. Woolman                    State Bar No. 145124
5260 North Palm Avenue, Suite 300
Fresno, CA 93704-2215
Telephone: (559) 225-6700
Facsimile: (559) 225-3416

Attorneys for Defendants DAVID SIMPSON, JASON CHRISCO, GLOBAL COALITION SERVICES, INC. and NAVISS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY GILL,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID SIMPSON, an individual; JASON CHRISCO, an individual; CLAYTON LOGOMASINI, an individual; GLOBAL COALITION SERVICES, INC., a Missouri limited liability company, doing business as NAVISS DIRECT; and DOES 1 through 80 inclusive,<br><br>        Defendant. | CASE NO.: 1:12-CV-01011-AWI-GSA<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

Good cause having been shown, and the parties having stipulated thereto,

IT IS HEREBY ORDERED THAT:

a. The Scheduling Conference currently set for October 30, 2012 is continued to December 11, 2012 at 10:00 a.m. in Courtroom 10 at the United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, before U.S. Magistrate Judge Gary S. Austin.

1  IT IS SO ORDERED.

2  Dated:  **October 10, 2012**            **/s/ Gary S. Austin**
3                                          UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE AND MOTION HEARING DATE